IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-02411-RPM

WILLIAM COLIN WARD a/k/a BILL WARD,

        Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF GILPIN COUNTY, COLORADO;
BRUCE HARTMAN, Sheriff, individually and in his official capacity;
DAVID RYAN REPP, and
PATRICK STANTON,

        Defendants.

_____

ORDER DISMISSING DEFENDANT BOARD OF COUNTY COMMISSIONERS OF GILPIN COUNTY, COLORADO
_____

Upon consideration of the Motion to Dismiss without Prejudice Board of County Commissioners [3], filed on February 17, 2008, it is

ORDERED that plaintiff's claims against Defendant Board of County Commissioners of Gilpin County, Colorado, are dismissed without prejudice.

DATED: February 17th, 2009

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior Judge