IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-02411-RPM

WILLIAM COLIN WARD a/k/a BILL WARD,

       Plaintiff,

v.

BRUCE HARTMAN, Sheriff, individually and in his official capacity;
DAVID RYAN REPP, and
PATRICK STANTON,

       Defendants.

_____

### ORDER TO COMPLY WITH D.C.COLO.LCivR 7.2
_____

The Court has signed a Protective Order for the confidentiality of certain information in this case. The order does not expressly provide for compliance with D.C.COLO.LCivR 7.2 in court filings. It is

ORDERED, that in all court filings, counsel shall comply with D.C.COLO.LCivR 7.2 as to any information to be submitted under seal based on the Protective Order.

DATED:   April 20th, 2009

                                       BY THE COURT:

                                       s/Richard P. Matsch

                                       _____

                                       Richard P. Matsch, Senior Judge