IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-02411-RPM

WILLIAM COLIN WARD a/k/a BILL WARD,

    Plaintiff,

v.

BRUCE HARTMAN, Sheriff, individually and in his official capacity;
DAVID RYAN REPP, and
PATRICK STANTON,

    Defendants.

_____

ORDER SETTING TRIAL DATE
_____

    Pursuant to the Calendar Call today, it is

    ORDERED that this matter is set for trial to jury on **June 14, 2010, at 9:00 a.m., with counsel to be present at 8:30 a.m. on the first morning of trial,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**.

    Dated: October 2nd, 2009

                                       BY THE COURT:

                                       s/Richard P. Matsch
                                       _____
                                       Richard P. Matsch, Senior Judge