IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF COLORADO

Civil Action No.  08-cv-02411-RPM

WILLIAM COLIN WARD a/k/a BILL WARD,

      Plaintiff,

vs.

BRUCE HARTMAN, Sheriff, individually and in
    his official capacity;
DAVID RYAN REPP, individually; and
PATRICK STANTON, individually,

      Defendants.

_____

**ORDER RE:
UNOPPOSED PLAINTIFF'S MOTION FOR MODIFICATION
OF SCHEDULING ORDER**
_____

      Upon consideration of the Unopposed Plaintiff's Motion for Modification of Scheduling Order [28] to include two additional depositions, it is

      ORDERED that  the motion is granted.

      DATED this 9th day of December, 2009.

                        BY THE COURT:

                        s/Richard P. Matsch

                        _____

                        Richard P. Matsch, Senior Judge