IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02411-RPM-CBS

WILLIAM COLIN WARD a/k/a BILL WARD,

      Plaintiff,

v.

BRUCE HARTMAN, Sheriff, individually and in his official capacity,
DAVID B. REPP, individually, and
PATRIC STANTON, individually,

      Defendants.

_____

## ORDER AMENDING CAPTION

_____

      Upon consideration of the Joint Stipulated Motion to Amend Caption [31], it is

      ORDERED that the Motion is granted.  The caption is amended to reflect the correct

spelling of the names of Defendants David B. Repp and Patric Stanton and should be as on this

Order.

      Dated this 14th  day of December, 2009

                                        BY THE COURT:

                                        s/Richard P. Matsch

                                        _____
                                        Richard P. Matsch
                                        Senior District Judge