IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-02411-RPM

WILLIAM COLIN WARD a/k/a BILL WARD,

    Plaintiff,

v.

BRUCE HARTMAN, Sheriff, individually and in his official capacity;
DAVID B. REPP, and
PATRIC STANTON,

    Defendants.

_____

## ORDER EXTENDING DEADLINES
_____

    Upon consideration of the Unopposed Motion for Modification of Scheduling Order [38], it is

    ORDERED that the Scheduling Order is modified to reflect a discovery deadline of February 5, 2010, and dispositive motions deadline to March 18, 2010.

    DATED: January 12th, 2010

                             BY THE COURT:

                             s/Richard P. Matsch
                             _____
                             Richard P. Matsch, Senior District Judge