IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date:              June 10, 2010
Courtroom Deputy:  J. Chris Smith
FTR Technician:    Kathy Terasaki

_____

Civil Action No. 08-cv-02411-RPM

WILLIAM COLIN WARD,
a/k/a BILL WARD,                                William S. Finger
                                                Tamara J. Wayland
         Plaintiff,

v.

BRUCE HARTMAN, Sheriff,                         Andrew D. Ringel
DAVID B. REPP and                               Edmund M. Kennedy
PATRIC STANTON,

         Defendants.
_____

## COURTROOM MINUTES
_____

**Hearing on Motions for Summary Judgment**

**2:00 p.m.      Court in session.**

Court's preliminary remarks and states its understanding of the case.

2:09 a.m.      Argument by Mr. Finger.
2:34 p.m.      Argument by Mr. Ringel.
2:47 p.m.      Rebuttal argument by Mr. Finger

**ORDERED:**   Plaintiff's Motion for Partial Summary Judgment, filed February 11, 2010 [44], is denied.

**ORDERED:**   Defendants' Motion for Summary Judgment, filed March 18, 2010 [49], is denied.

**ORDERED:**   Trial set January 31, 2011 and Pretrial Conference set December 30, 2010 at 2:00 p.m.

Discussion regarding motion to reopen.

**ORDERED:**   Motion to Reopen Discovery on a Limited Basis and Request for Attorney's Fees, filed June 11, 2010 [70], is denied.

**3:00 p .m.   Court in recess.**

Hearing concluded.  Total time: 1 hr. min.