IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-02411-RPM

WILLIAM COLIN WARD a/k/a BILL WARD,

      Plaintiff,

v.

BRUCE HARTMAN, Sheriff, individually and in his official capacity;
DAVID B. REPP, and
PATRIC STANTON,

      Defendants.

---

ORDER SETTING PRETRIAL CONFERENCE AND TRIAL DATE

---

Pursuant to the hearing on the motions for summary judgment held on June 18, 2010, it is

ORDERED that a pretrial conference is scheduled for **December 30th, 2010, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**. The proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m. on December 23, 2010.** The conference is conducted with <u>lead</u> <u>counsel</u> <u>present</u> <u>in</u> <u>person</u>. No parties or representatives of parties will be permitted to attend. It is

FURTHER ORDERED that this matter is set for trial to jury on **January 31st, 2011 at 9:00 a.m., with counsel to be present at 8:30 a.m. on the first morning of trial,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**.

Dated: June 21st, 2010

                                          BY THE COURT:

                                          s/Richard P. Matsch
                                          _____
                                          Richard P. Matsch, Senior District Judge