IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF COLORADO

Civil Action No.  08-cv-02411-RPM-CBS

WILLIAM COLIN WARD a/k/a BILL WARD,

      Plaintiff,

vs.

BRUCE HARTMAN, Sheriff, individually and in
    his official capacity;
DAVID B. REPP, individually; and
PATRIC STANTON, individually,

      Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE
---

The parties have filed a Joint Stipulated Motion for Dismissal With Prejudice.  After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that Plaintiff's claims against Defendants should be dismissed with prejudice.

THEREFORE IT IS ORDERED as follows:

1.    That the Joint Stipulated Motion for Dismissal With Prejudice is APPROVED; and

2.    That Plaintiff's claims against the Defendants are DISMISSED WITH PREJUDICE, each party to pay his own attorneys fees and costs.

Dated this 23rd day of December, 2010.

                                          BY THE COURT:
                                          s/Richard P. Matsch
                                          _____
                                          Richard P. Matsch, Senior District Judge